PIERCE BAINBRIDGE BECK PRICE & HECHT LLP
Brian J. Dunne (CA Bar No. 275689)
bdunne@piercebainbridge.com
Theodore J. Folkman (*Pro Hac Vice* Pending)
tfolkman@piercebainbridge.com
Dwayne D. Sam (*Pro Hac Vice* Pending)
dsam@piercebainbridge.com
355 South Grand Ave., 44th Floor
Los Angeles, California 90071
(213) 246-2411

*Attorneys For Applicants*
ZYXEL COMMUNICATIONS UK LIMITED
and ZYXEL COMMUNICATIONS A/S

**FILED**

JUL -5 2019

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

BY FAX

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| In re APPLICATION OF ZYXEL COMMUNICATIONS UK LIMITED and ZYXEL COMMUNICATIONS A/S FOR AN ORDER PURSUANT TO 28 U.S.C. § 1782 GRANTING LEAVE TO OBTAIN DISCOVERY FROM BROADCOM INC. and BROADCOM CORP. FOR USE IN FOREIGN PROCEEDINGS | Civ. A. No. CV 19 80175 MISC SVK |
|---|---|

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that applicants ZyXEL Communications UK Limited and ZyXEL Communications A/S, (together, "ZyXEL") hereby make an *ex parte* application for an order pursuant to 28 U.S.C. § 1782 granting leave to obtain discovery from Broadcom Inc. and Broadcom Corp. (collectively, "Broadcom") for use in foreign proceedings. ZyXEL seeks leave to serve subpoenas on Broadcom for testimony and documents for use in a foreign proceeding pending in the United Kingdom. ZyXEL sells and distributes networking devices used to connect people to the internet, including Digital Subscriber Line ("DSL") products. TQ Delta LLC has brought patent infringement actions in the High Court of Justice of England and Wales

1
NOTICE OF APPLICATION

against ZyXEL regarding EP (UK) 1 792 430 B9 ("the '430 Patent"), EP (UK) 1 453 268 B1 ("the '268 Patent"), EP (UK) 2,270,996 ("the '996 Patent"), and EP (UK) 1,433,277 ("the '277 Patent"). The English court held that the '430 Patent was invalid, but it found that the '268 Patent was valid and that ZyXEL infringed it. Claims against ZyXEL regarding the '996 and '277 Patents are pending. Non-technical issues related to the licensing of a patent portfolio owned by TQ Delta will be adjudicated at a trial scheduled to take place in England from September 13–27, 2019 (the "RAND trial"). In this application, ZyXEL seeks evidence from Broadcom for use in the UK at the RAND trial. Broadcom is a leading manufacturer of DSL chipset products, and some ZyXEL DSL products use Broadcom chipsets.

As set forth more fully in the accompanying Memorandum, and the Declaration of Mark Marfé, ZyXEL has satisfied the statutory prerequisites for application of § 1782, and the discretionary factors favor granting the application. Accordingly, ZyXEL respectfully requests that the Court grant this *ex parte* application and authorize issuance of the subpoenas.

ZyXEL submits a proposed order attached as Exhibit 1, and proposed subpoenas attached as Exhibits 2 and 3 respectively.

## JURISDICTIONAL STATEMENT

**Jurisdiction:** Pursuant to Local Rule 3-5(a), this Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1782.

**Intradistrict Assignment:** Pursuant to Local Rule 3-5(b) this matter is properly brought in the San Jose Division because Broadcom's principal place of business is in San Jose, California.

Dated: July 3, 2019

Respectfully submitted,

ZyXEL Communications UK Limited and ZyXEL Communications A/S ILLUMINA.

By its attorneys:

/s/ Brian J. Dunne
Brian J. Dunne (CA Bar No. 275689)
PIERCE BAINBRIDGE BECK PRICE & HECHT, LLP
355 S. Grand Ave., 44th Floor
Los Angeles, CA 90071
(213) 246-2411
bdunne@piercebainbridge.com

Theodore J. Folkman (*pro hac vice* pending)
PIERCE BAINBRIDGE BECK PRICE & HECHT, LLP
One Liberty Square
Boston, MA 02109
(617) 313-7401
tfolkman@piercebainbridge.com

Dwayne D. Sam (*pro hac vice* pending)
PIERCE BAINBRIDGE BECK PRICE & HECHT, LLP
601 Pennsylvania Ave., NW
South Tower, Suite 700
Washington, DC 20004
(202) 843-8342
dsam@piercebainbridge.com