RECEIVED
JUL - 5 2019
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

BY FAX

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re APPLICATION OF ZYXEL COMMUNICATIONS UK LIMITED and ZYXEL COMMUNICATIONS A/S FOR AN ORDER PURSUANT TO 28 U.S.C. § 1782 GRANTING LEAVE TO OBTAIN DISCOVERY FROM BROADCOM INC. and BROADCOM CORP. FOR USE IN FOREIGN PROCEEDINGS | Civ. A. No. CV. 19 80 175 MISC SVK<br><br>[*PROPOSED*] ORDER |

This action was before the Court on the Application of ZyXEL Communications UK Limited and ZyXEL Communications A/S, (together, "ZyXEL") for an order pursuant to 28 U.S.C. § 1782 granting leave to serve subpoenas on Broadcom Inc. and Broadcom Corp. (the "Respondent") to obtain testimony and documents for use in certain patent infringement proceedings pending in the United Kingdom. For good cause shown, the Application is granted. ZyXEL shall serve on Respondent subpoenas in the form attached to the Application as Exhibits 2 and 3.

Dated: _____        _____
                                                                            District Court Judge

1
[PROPOSED] ORDER