```
Court Name: U.S. District Court, NDCA
Division: 3
Receipt Number: 34611143362
Cashier ID: nuness
Transaction Date: 07/05/2019
Payer Name: Nationwide Legal LLC
----------------------------------------
PRO HAC VICE
 For: Pierce Bainbridge
 Case/Party: D-CAN-5-19-AT-PROHAC-001
 Amount:         $310.00
PRO HAC VICE
 For: Pierce Bainbridge
 Case/Party: D-CAN-5-19-AT-PROHAC-001
 Amount:         $310.00
----------------------------------------
PAPER CHECK CONVERSION
 Check/Money Order Num: 5037249
 Amt Tendered:   $620.00
----------------------------------------
Total Due:       $620.00
Total Tendered:  $620.00
Change Amt:      $0.00


Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it  was drawn.
```