UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ZyXEL Communications UK Limited
and ZyXEL Communications A/S

    Plaintiff(s),

v.

Broadcom Inc. and Broadcom Corp.
(Parties from whom discovery is sought)

    Defendant(s).

Case No: CV 19 80 175 MISC SVK

APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE
(CIVIL LOCAL RULE 11-3)

FILED JUL -5 2019
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

I, Theodore J. Folkman, an active member in good standing of the bar of the State of MA, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: all Plaintiffs in the above-entitled action. My local co-counsel in this case is Brian J. Dunne, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| One Liberty Square, 13th Floor, Boston, MA 02109 | 355 S. Grand Ave 44th Flr. Los Angeles, CA 90071 |
| MY TELEPHONE # OF RECORD: (617) 229-5415 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: (213) 246-2411 |
| MY EMAIL ADDRESS OF RECORD: tfolkman@piercebainbridge.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: bdunne@piercebainbridge.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 657642.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 07/03/19

    Theodore J. Folkman
    APPLICANT

---

ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Theodore J. Folkman is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 7/9/19

    Susan van Keulen
    UNITED STATES DISTRICT/MAGISTRATE JUDGE

PRO HAC VICE APPLICATION & ORDER      October 2012