1  PIERCE BAINBRIDGE BECK PRICE & HECHT LLP
   Brian J. Dunne (CA Bar No. 275689)
2  bdunne@piercebainbridge.com
   Theodore J. Folkman (*Pro Hac Vice*)
3  tfolkman@piercebainbridge.com
   Dwayne D. Sam (*Pro Hac Vice*)
4  dsam@piercebainbridge.com
   355 South Grand Ave., 44th Floor
5  Los Angeles, California 90071
   (213) 262-9333
6
7  *Attorneys For Applicant*
   ZYXEL COMMUNICATIONS UK LIMITED
8  and ZYXEL COMMUNICATIONS A/S

9

10              UNITED STATES DISTRICT COURT
              FOR THE NORTHERN DISTRICT OF CALIFORNIA
11

12 | In re APPLICATION OF ZYXEL COMMUNICATIONS UK LIMITED and ZYXEL COMMUNICATIONS A/S FOR AN ORDER PURSUANT TO 28 U.S.C. § 1782 GRANTING LEAVE TO OBTAIN DISCOVERY FROM BROADCOM INC. and BROADCOM CORP. FOR USE IN FOREIGN PROCEEDINGS | Civ. A. No. 19-mc-080175<br><br>**NOTICE OF NEW DEVELOPMENT IN RELATED CASE** |
|---|---|

      On July 18, 2019, counsel for ZyXEL were informed by ZyXEL's lawyers in England that the Court of Appeal (Civil Division) had that day entered a judgment holding that the RAND declarations sought by the claimant, TQ Delta, LLC, had no real prospect of success. (Second Marfé Decl. ¶ 2 & Ex. 1). The result of this judgment is that the RAND trial referenced in the memorandum in support of ZyXEL's application will not go forward in September 2019. (Second Marfé Decl. ¶ 3). ZyXEL's English lawyers understand that TQ Delta may seek leave from the UK Supreme Court to appeal the Court of Appeal's decision. (Second Marfé Decl. ¶ 3).

NOTICE OF NEW DEVELOPMENT

Thus it is still unclear whether a RAND trial will ultimately take place in the English proceedings. (Marfé Decl. ¶ 4).

Because TQ Delta may appeal the Court of Appeal's decision, the information ZyXEL seeks in this application remains relevant, the English proceeding remains pending, and this application remains important to ZyXEL. See In re Application of Khrapunov, 2018 WL 3239001, at *4 (N.D. Cal. 2018) (proceedings are still "pending" for purposes of 28 U.S.C. § 1782 even when the applicant has lost its foreign case and has appealed). Moreover, the English action TQ Delta filed against ZyXEL in March 2019 and referenced in the memorandum ZyXEL submitted in support of its application is still pending (ECF 2 at 3), and the evidence ZyXEL seeks is for use in that action, too, if any appeal by TQ Delta succeeds. (Second Marfé Decl. ¶ 5).

For these reasons and the reasons set out in the memorandum in support of the application, ZyXEL respectfully requests that the Court grant its application.

By its attorneys:

/s/ Brian J. Dunne
Brian J. Dunne (CA Bar No. 275689)
PIERCE BAINBRIDGE BECK PRICE & HECHT, LLP
355 S. Grand Ave., 44th Floor
Los Angeles, CA 90071
(213) 246-2411
bdunne@piercebainbridge.com

Theodore J. Folkman (*pro hac vice*)
PIERCE BAINBRIDGE BECK PRICE & HECHT, LLP
One Liberty Square
Boston, MA 02109
(617) 313-7401
tfolkman@piercebainbridge.com

NOTICE OF NEW DEVELOPMENT

Dwayne D. Sam (*pro hac vice*)
PIERCE BAINBRIDGE BECK PRICE & HECHT, LLP
601 Pennsylvania Ave., NW
South Tower, Suite 700
Washington, DC 20004
(202) 843-8342
dsam@piercebainbridge.com

NOTICE OF NEW DEVELOPMENT

3