PIERCE BAINBRIDGE BECK PRICE & HECHT LLP
Brian J. Dunne (CA Bar No. 275689)
bdunne@piercebainbridge.com
Theodore J. Folkman (*Pro Hac Vice*)
tfolkman@piercebainbridge.com
Dwayne D. Sam (*Pro Hac Vice*)
dsam@piercebainbridge.com
355 South Grand Ave., 44th Floor
Los Angeles, California 90071
(213) 262-9333

*Attorneys For Applicants*
ZYXEL COMMUNICATIONS UK LIMITED
and ZYXEL COMMUNICATIONS A/S

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re APPLICATION OF ZYXEL COMMUNICATIONS UK LIMITED and ZYXEL COMMUNICATIONS A/S FOR AN ORDER PURSUANT TO 28 U.S.C. § 1782 GRANTING LEAVE TO OBTAIN DISCOVERY FROM BROADCOM INC. and BROADCOM CORP. FOR USE IN FOREIGN PROCEEDINGS | Civ. A. No. 19-mc-080175<br><br>**ZYXEL COMMUNICATIONS UK LIMITED and ZYXEL COMMUNICATIONS A/S'S NOTICE OF VOLUNTARY DISMISSAL**<br><br>Application Filed: July 5, 2019<br><br>Magistrate Judge: Susan van Keulen |

The Applicants, ZyXEL Communications UK Limited and ZyXEL Communications A/S, (collectively, "ZyXEL"), dismiss this application without prejudice pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure. ZyXEL reserves the right to renew its application if the UK Supreme Court grants TQ Delta LLC leave to appeal or if another action is commenced in the UK or elsewhere.

Dated: July 30, 2019

By its attorneys:

/s/ Brian J. Dunne
Brian J. Dunne (CA Bar No. 275689)
PIERCE BAINBRIDGE BECK PRICE &
HECHT, LLP
355 S. Grand Ave., 44th Floor
Los Angeles, CA 90071
(213) 246-2411
bdunne@piercebainbridge.com

Theodore J. Folkman (*pro hac vice*)
PIERCE BAINBRIDGE BECK PRICE &
HECHT, LLP
One Liberty Square
Boston, MA 02109
(617) 313-7401
tfolkman@piercebainbridge.com

Dwayne D. Sam (*pro hac vice*)
PIERCE BAINBRIDGE BECK PRICE &
HECHT, LLP
601 Pennsylvania Ave., NW
South Tower, Suite 700
Washington, DC 20004
(202) 843-8342
dsam@piercebainbridge.com

NOTICE OF VOLUNTARY DISMISSAL